**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| JACKIE PARKS and STEVEN PARKS,   ) | |
| ) | |
| Plaintiffs,   ) | |
| vs.   ) | Case No:  8:15-cv-75-T35MAP |
| ) | |
| HOWMEDICA OSTEONICS CORP.,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

**DEFENDANT HOWMEDICA OSTEONICS CORP'S SECOND UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO
PLAINTIFFS' MOTION TO RECONSIDER**

Defendant Howmedica Osteonics Corp ("HOC"), by and through undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves for an extension of time in which to file its Response in Opposition ("Response") to Plaintiffs' Motion to Reconsider and Allow Plaintiffs to File an Amended Complaint ("Motion to Reconsider") [ECF No. 105], and in support hereof state as follows:

1. On April 8, 2015, HOC filed a Motion to Dismiss Plaintiffs' First Amended Complaint ("Motion to Dismiss") [ECF No. 64].

2. After the issue was fully briefed [ECF Nos. 74, 81], this Court granted HOC's Motion to Dismiss with prejudice [ECF No. 104] on March 11, 2016.

3. On April 8, 2016, Plaintiffs filed their Motion to Reconsider the Court's ruling on HOC's Motion to Dismiss.

4. HOC's Response to Plaintiffs' Motion to Reconsider was originally due April 25, 2016.

5. At that time, counsel for the Parties agreed that, in light of ongoing settlement discussions and upcoming mediation, further briefing on this issue would have been an inefficient use of the Parties' and the Court's resources. Counsel for both Plaintiffs and HOC in this CerviCore™ action are counsel of record in other pending CerviCore™ cases across the country, and scheduled mediation sessions in this and other CerviCore™ cases on June 2, 2016, and August 10, 2016, in Philadelphia, Pennsylvania, before the Honorable Diane M. Welsh (Ret.). In light of the Parties' resolution efforts, the Court granted an extension until August 19, 2016, for HOC to file a response to Plaintiff's Motion to Reconsider [ECF No. 107].

6. The Parties attended mediation sessions on June 2nd and August 10th. The mediation sessions were productive and led to the mediator framing a global settlement proposal for both sides to consider. She allotted 30 days for this process, and it is hoped that the Parties will reach a global resolution within the next 30 to 45 days.

7. The Parties believe that briefing the merits of Plaintiffs' Motion to Reconsider, holding a hearing on the Motion, or ruling on the Motion will be disruptive to the global settlement process and an impediment to resolving this case. Moreover, the Parties do not wish to consume Court resources or waste time in fully briefing Plaintiffs' Motion to Reconsider should this matter resolve. A settlement will obviate the need for the Parties and the Court to expend additional resources briefing, hearing, and deciding Plaintiffs' Motion to Reconsider.

8. Accordingly, HOC seeks a further extension of time through and including October 10, 2016, to file its Response to Plaintiffs' Motion to Reconsider.

      9.      Rule 6(b), Federal Rules of Civil Procedure, allows this Court to enlarge the time for HOC to file its Response for good cause shown.

      10.      Good cause, as set forth above, exists for this Court to grant HOC's requested relief. The requested extension is reasonable and will assist the Parties in reaching a resolution of this and other related actions without judicial intervention. Moreover, this request is made in good faith and not for the purpose of delay.

      WHEREFORE, HOC respectfully requests that this Court enter an Order granting HOC an extension of time through and including October 10, 2016, to file its Response in Opposition to Plaintiffs' Motion to Reconsider.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g) of the Middle District of Florida, counsel for HOC has conferred with counsel for Plaintiffs regarding the relief sought in this Motion. Counsel for Plaintiffs does not oppose the relief sought in this Motion.

Dated:  August 16, 2016	s/ Hildy M. Sastre
	Hildy M. Sastre
	Florida Bar No. 0026492
	E-mail: hsastre@shb.com
	Katherine G. Mastrucci
	Florida Bar No. 105367
	E-mail: kmastrucci@shb.com
	SHOOK, HARDY & BACON L.L.P.
	201 S. Biscayne Blvd., Suite 3200
	Miami, FL 33131
	305-358-5171 (telephone)
	305-358-7470 (facsimile)

	Kim M. Catullo
	Paul E. Asfendis
	GIBBONS P.C.
	One Pennsylvania Plaza, 37th Floor
	New York, New York 10119
	Tel: (212) 613-2000
	kcatullo@gibbonslaw.com
	pasfendis@gibbonslaw.com

	*Counsel for Defendant Howmedica Osteonics Corp.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/EC.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                                                         /s/Hildy M. Sastre
                                                           Hildy M. Sastre

794543 v1

**SERVICE LIST**
*McGrew, et al. v. Howmedica Osteonics Corp.,* **Case No. 8:15-cv-75-T35MAP**
**U.S. District Court, Middle District of Florida (Tampa)**

James G. O'Brien
Email: jim@toledolaw.com
**ZOLL & KRANZ, LLC**
6620 West Central Avenue, Suite 200
Toledo, OH 43617
Telephone: (419) 841-9623
Facsimile: (419) 841-9719

*Counsel for Plaintiffs*